# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

---

BRIANA DALE JORGENSEN,

                         Plaintiff,         Civil No: 16-1025 (JRT/SER)

v.

CAROLYN W. COLVIN,

                      **ORDER ADOPTING REPORT AND**
            Defendant.           **RECOMMENDATION**

---

Jennifer G Mrozik, **HOGLUND, CHWIALKOWSKI & MROZIK, PLLC,** 1781 West County Road B, Roseville, MN 55113, for Plaintiff.

Gregory G Brooker, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant.

This matter comes before the Court upon the Report and Recommendation of the United States Magistrate Judge Steven E. Rau, dated January 9, 2017 [Doc. No. 18]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Commissioner's Motion to Dismiss [Doc. No. 10] be **DENIED**.

Dated: January 31, 2017                                     s/John R. Tunheim
at Minneapolis, Minnesota.                      JOHN R. TUNHEIM
                                                                         Chief Judge
                                                            United States District Court